IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CLARA SIMS | § | Civil Action No. 3:23-CV-337 |
| Plaintiff | § § § | |
| v. | § | JUDGE SHELLY D. DICK |
| STATE FARM FIRE AND CASUALTY COMPANY, | § § § § | |
| | § | MAGISTRATE JUDGE RICHARD L. |
| Defendant | § | BOURGEOIS, JR. |

**MOTION FOR RELEASE OF FUNDS**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Clara Sims, who moves this Court to instruct that proceeds of the settlement in the instant case exclude the law firm of McClenny, Moseley & Associates as a payee for the following reasons.

On June 8, 2023, this Honorable Court entered a Judgment ordering that "should the law firm of McClenny, Moseley & Associates seek to make any claim or enforce any lien for attorneys' fees against Plaintiff's recovery in this case, notice of that lien and/or a petition for intervention shall be filed in the record no later than 14 days from the date of this Order." On March 28, 2024, the parties agreed to terms for a full and final settlement of all claims in this matter. To date, the law firm of McClenny, Moseley & Associates has not made any claim or attempt to enforce any lien for attorneys' fees against Plaintiff's recovery in this case, and has not filed any such notice or petition for intervention in the record of the Court.

Accordingly, Plaintiff seeks an Order from this Honorable Court, instructing that the proceeds of the settlement in the instant case NOT include the law firm of McClenny, Moseley & Associates as a payee.

        Respectfully Submitted,

        BRASHER LAW FIRM, PLLC

        */s/ Nishi Kothari*
Clint Brasher
Louisiana Bar No. 29540
clint@brasherattorney.com
Joe Muckleroy
Louisiana Bar No. 30935
joe@brasherattorney.com
Nishi Kothari
Louisiana Bar No. 39655
nishi@brasherattorney.com
1122 Orleans
Beaumont, Texas 77701
(409) 832-3737 Telephone
(409) 832-3838 Fax
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing has been forwarded to the following counsel of record on April 26, 2024, in accordance with the Federal Rules of Civil Procedure.

Paul A. Babineaux
STRAUSS MASSEY DINNEEN LLC
935 Gravier Street
Suite 1250
New Orleans, Louisiana 701

        */s/ Nishi Kothari*
        Nishi Kothari