IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CLARA SIMS | § | Civil Action No. 3:22-CV-337 |
| Plaintiff | § § § | |
| v. | § § | |
| STATE FARM FIRE AND CASUALTY COMPANY, | § § § | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |
| Defendant | § § | |

**JOINT NOTICE OF SETTLEMENT**

**NOW INTO COURT,** come Plaintiff, Clara Sims, and Defendant, State Farm and Casualty Company, and hereby file this Joint Notice of Settlement pursuant to Local Rule 16 (c) to advise the Court that the parties have reached a mutually agreeable resolution of all claims contained within the pleadings.

Pending before the court is Plaintiff's Corrected Unopposed Motion to Exclude McClenney, Moseley & Associates, PLLC as a Payee (Doc. 17). This motion is directly related to the settlement of this case, and Plaintiff moves the court for a ruling on this motion before issuing a forty-five (45) day conditional order of dismissal.

Plaintiff respectfully requests the Court enter a forty-five (45) day conditional order of dismissal to finalize and conclude the terms of the settlement, saving jurisdiction over this matter to reinstate should settlement not be perfected. Upon completion of settlement, the parties shall file a Joint Stipulation of Dismissal with Prejudice within fourteen (14) days.

Respectfully Submitted,

**BRASHER LAW FIRM, PLLC**

*/s/ Nishi Kothari*
Clint Brasher
Louisiana Bar No. 29540
clint@brasherattorney.com
Joe Muckleroy
Louisiana Bar No. 30935
joe@brasherattorney.com
Nishi Kothari
Louisiana Bar No. 39655
nishi@brasherattorney.com
1122 Orleans
Beaumont, Texas 77701
(409) 832-3737 Telephone
(409) 832-3838 Fax
*Attorneys for Plaintiff*

AND

**STRAUSS MASSEY DINNEEN LLC**

   */s/Paul A. Babineaux wp MR*
Paul A. Babineaux
State Bar No. 38664
935 Gravier Street, Suite 1250
New Orleans, Louisiana 70112
(504) 380-0290 - Telephone
(504) 332-8434 - Facsimile
pbabineaux@smd-law.com
*Attorney for Defendant State Farm Fire and Casualty Company*

2

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing has been forwarded to the following counsel of record on June 4, 2024, in accordance with the Federal Rules of Civil Procedure.

Paul A. Babineaux
STRAUSS MASSEY DINNEEN LLC
935 Gravier Street
Suite 1250
New Orleans, Louisiana 701

                                                                  /s/ Nishi Kothari
                                                                   Nishi Kothari